UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   Case No. 1:95-CR-41-03

    Plaintiff,   Hon. Richard Alan Enslen

v.

ROY JOHNSON,

**FINAL ORDER**

    Defendant.   /

In accordance with an Opinion filed this day;

**IT IS HEREBY ORDERED** that Defendant Roy Johnson's Motion to Vacate, Set Aside, or Correct Sentence (Dkt. No. 381) is **DENIED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant is **DENIED** a certificate of appealability as to all issues asserted in his Motion.

Dated in Kalamazoo, MI:      /s/Richard Alan Enslen
April 5, 2007      Richard Alan Enslen
    Senior United States District Judge